a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LEONOR MALDONADO FERNANDEZ #A201-696-097, Petitioner | CIVIL DOCKET NO. 6:26-CV-01325 SEC P |
| VERSUS | JUDGE EDWARDS |
| SOUTH LOUISIANA I C E PROCESSING CENTER, Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

# MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) filed by pro se Petitioner Leonor Maldonado Fernandez ("Fernandez"), an immigration detainee at South Louisiana ICE Processing Center in Basile, Louisiana. Fernandez challenges the legality of her continued detention.

Because additional information is necessary to evaluate Fernandez's claim, she must AMEND the Petition.

## I. Background

Fernandez asserts that the length of her detention has become unlawful.

## II. Law and Analysis

The United States Supreme Court has held that 8 U.S.C. § 1231 permits detention for a period reasonably necessary to bring about that alien's removal. *See Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). Detention for up to six months is presumptively reasonable. *Id.*

After six months, if an alien provides good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future, the government must respond with evidence sufficient to rebut that showing. A petitioner is not required to "show the absence of *any* prospect of removal—no matter how unlikely or unforeseeable," only that she has "good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future." *Zadvydas*, 533 U.S. at 701-702.

Fernandez does not allege any reasons why her removal is unlikely to occur in the reasonably foreseeable future. Accordingly, she must amend the Petition to identify the country to which she was ordered removed and provide any reasons why she believes her removal is not significantly likely to occur in the reasonably foreseeable future.

## III. Conclusion

Because additional information is needed to evaluate the Petition, IT IS ORDERED that Fernandez AMEND the Petition as instructed within 30 days.

SIGNED on Wednesday, September 9, 2026.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE